FILED
RECEIVED
_____ ENTERED  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

12/23/2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-01078-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JUAN ALEJANDRO TORRES, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and in the best interest of justice being served, the Court finds that the time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), Federal Rule of Criminal Procedure 5.1, and considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv); and

IT IS THERFORE ORDERED that the Preliminary Hearing currently scheduled for December 29, 2020, at 4:00p.m., be vacated and continued to _____ March 1 ___, 2021, at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __23__ day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE